## Daltry *v.* Media Electric Light, Heat & Power Company, Appellant.

Argued Feb. 9, 1904. Appeal, No. 226, Jan. T., 1903, by defendant, from judgment of C. P. Delaware Co., Sept. T., 1901, No. 106, on verdict for plaintiff in case of John L. Daltry v. Media Electric Light, Heat & Power Company. Before MITCHELL, C. J., DEAN, FELL, MESTREZAT and THOMPSON, JJ. Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, March 14, 1904:

We have considered the questions raised on this record in the opinion filed this day in the case of James W. Daltry v. Media Electric Light, Heat & Power Company, and for the reasons there given this judgment is affirmed.